604

denied. *Mr. Hal Lindsay* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 249. LINDSAY, RECEIVER, *v.* ELLIOTT ET AL., RECEIVERS. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Edward D. Hays* for petitioner. *Mr. Edward W. Mullins* for respondents.

No. 250. HIRSIG ET AL. *v.* TRAVELERS INSURANCE Co. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Frank F. L'Engle* for petitioners. *Mr. Francis M. Holt* for respondent.

No. 251. BREA CANON OIL Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. George H. Koster* and *L. A. Luce* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *John G. Remey* for respondent.

No. 253. MONTANA, WYOMING & SOUTHERN R. Co. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Henry J. Richardson* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. David E. Hudson, James W. Morris* and *S. Dee*

*Hanson* for respondent.

No. 254. WALSH CONSTRUCTION CO. *v.* UNITED STATES GUARANTEE Co. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Edmond M. Cook* and *Reuel B. Cook* for petitioner. *Mr. Jesse A. Miller* for respondent.

No. 255. CURTIS, TRUSTEE, ET AL. *v.* HUMPHREY. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William H. Watkins* for petitioners. *Mr. J. A. Tyson* for respondent.

No. 256. SOMMER & MACA GLASS MACHINERY CORP. ET AL. *v.* JOHNSON ET AL. October 14, 1935. Petition for writ of certiorari to the Appellate Court, First District of Illinois, denied. *Mr. Marshall Solberg* for petitioners. No appearance for respondents.

No. 259. BLUE ROSE OIL Co. *v.* ILLINOIS EX REL. KERNER, ATTORNEY GENERAL. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Justus Chancellor* for petitioner. *Mr. G. F. Mulligan, Jr.,* for respondent.

No. 260. CALLISON *v.* PICKENS ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court